UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. MUNSELL, *et al.*        ) | |
| )  | |
| Plaintiffs,                              ) | |
| )  | |
| v.                                         ) | Civil Action No. 04-1745 (RCL) |
| )  | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, *et al.*            ) | |
| )  | |
| Defendants.                          ) | |

## ORDER

Upon consideration of plaintiffs' Motion [49] for Discovery on Jurisdictional and Exhaustion Issues, the opposition thereto, the defendants' Motions [27, 28] to Dismiss, and the opposition thereto, and the record herein, it is hereby,

ORDERED that defendants' Motions [27, 28] to Dismiss are GRANTED; further, it is

ORDERED that plaintiffs' Motion [49] for Discovery on Jurisdictional and Exhaustion Issues is DENIED; further, it is

ORDERED that plaintiffs' Consent Motion [50] to Stay is DENIED as MOOT.

The case now stands DISMISSED for lack of jurisdiction.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 13, 2006.